MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of August, two thousand and twelve,

_____

Kathie Sinisgallo, Steve Tsilimparis,

Plaintiff - Appellee

v.

Town of Islip Housing Authority, Richard Wankel, in his capacity as Executive Director of the Town of Islip Housing Authority,

Defendant - Appellant,

Paul E. Levitt, in his capacity as Hearing Officer,

Defendant.
_____

ORDER
Docket Number: 12-2346

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/23/2012